E-FILED
Friday, 12 May, 2023 04:05:29 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 1 2 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Terry L Brown, )
 )
Plaintiff )
 )
vs. )  Case No. _____
JACK CAMPBELL )  *(The case number will be assigned by the clerk)*
LARRY BECK )
WILLIAM SMITH )
JEN NICHELSON )
JANE DOE )
 )
 )
 )
_____, )
 )
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.*** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: TERRY L. BROWN

Prison Identification Number: 102204

Current address: 1# Sheriff's PLAZA SPRINGFIELD, IL 62701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: JACK CAMPBELL

Current Job Title: Sheriff

Current Work Address: 200 S. 9th street SPRINGFIELD, IL 62701

Defendant #2:

Full Name: LARRY BECK

Current Job Title: SUPERINTEND

Current Work Address: 1# Sheriff's PLAZA SPRINGFIELD, IL 62701

Defendant #3:

Full Name: William Smith

Current Job Title: Lieutenant

2

Current Work Address  1# sheriff's PLAZA
SPRINGFIELD, IL 62701

Defendant #4:

Full Name: JEN Nichelson

Current Job Title: F.N.P

Current Work Address 1# sheriff's PLAZA
SPRINGFIELD, IL 62701

Defendant #5:

Full Name: JANE DOE

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*


## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐


## V. STATEMENT OF CLAIM

Place(s) of the occurrence __SANGAMON COUNTY JAIL__

4

Date(s) of the occurrence  4-24-2023 Through 5-9-2023

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

The Sangamon County Jail's staff and the medical staff are putting my safety and health in danger. Both parties are guilty of "neglect, negligence, negligent acts, willful neglect, concurrent negligence, joint liability, fault liability." From the first day I entered this facility it was very clear that I was suffering from mal nutrition and malnourishment. A few different officers and nurses tried to help me but were told by their superiors to "leave me alone unless it was an emergency." After about 10 days I was called to medical and told that I am now being diagnosed with "diabetes, scoliosis", as well as having COPD and 2 other major health problems that I'm currently taking medication for. I was told that I would have to start taking insulin right away, I was concerned about the insulin reacting badly with all the other medication I'm on, and the fact that I'm severely underweight. I've been told by medical staff that I should be on double portion trays to help me get my weight up, however the dietician is having trouble approving it even after the doctor has put the order in my medical file. As of (5-5-2023) I am now on "two types" of insulin

THAT is HAVING A ADVERSE REACTION with my BODY, my feet have swollen up so BAD THAT my Toe NAILS have started coming off. The swelling has now gotten up PAST my knees AND I CAN hARDLY WALK, I AM CONCERNED About BLOOD CLOTS AND LOSING PARTS of my Body Due To improper medication or neglect. MEDICAL is AWARE of my situation AND will Not Provide me with A wheel chair But, DEMANDS That I WALK DOWN TO MEDICAL 3 Times A DAY for Acue checks. I have MADE JAIL staff AWARE of my feet AND Legs AND Asked To Be moved from up staiRs To DOWN STAIRS BECAUSE I have Almost fell Down The staiRs A few Times BECAUSE of The way my Legs AND feet ARE, AND WAS ToLD NO! The other NiGht I felt strange, AS if I WAS going To PASS out. I had To have AN INMATE in The Next cell To get The officer's Attention, When MEDICAL got here I WAS ToLD That "I Need To Watch The Amount of insulin That I'm TAKING or Try To eAt more Through out The DAy". That MEDICAL STAff's STATEMENT only SupPorts my CLAim of "NeGLigence, Negligent Acts, AND willful-NeGLect" BECAUSE I'm Not The one who sets The Amou of insulin or Administers The INSULIN, AND it's The Dietician in MEDICAL who is stopping me from getting more food That I clearly Need. my family memBers have Been cAlling The JAIL Asking why nothing has Been Done By The JAIL To move me Down staiRs from The upPer Level, So I will Not end up FALLING Down The stAIRS. They were ToLD To Let Them "The JAIL

6

staff" worry about how to operate what goes on in this jail. Myself and now my family are suffering from mental anguish, worring that the medical staff will give me too much insulin or more bad reactions will occur from all the different medications that I'm on. Not to mention trying to move up and down stairs at all hours of the day and night. Since I have already had one bad reaction, I worry through neglect and/or negligence of the medical staff and/or jail staff that my health and safety are in danger. I have filed many grievances to the jail about my situation and some about medical and the worries I have, none of them have been answered in a way that is helpful or that would provide any thing in the way of saying that the problem has been addressed.

### RELIEF REQUESTED

(State what relief you want from the court.)

I want to be taken to the outside hospital and

have all my blood work ran again, I want to see a specialist to make sure that all my current medication will not conflict with the two types of insulin, and to make sure my health is ok. I want all my medical bills and medication paid for and I want $175,000. dollars for the mental and physical anguish that I've been put through.

JURY DEMAND    Yes [X]    No [ ]

Signed this  9Th  day of  MAY , 20 23 .

_Terry L. Brown_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| TERRY L. BROWN | 102204 |
| Address: 1# Sheriffs Plaza Springfield, IL 62701 | Telephone Number: N/A |

erry BROWN
1 sheriff's PLAZA
RinBfield, IL, 62701



United States Federal
Court House
600 E. Monroe St, Room 151
Springfield, IL 62701

Legal
Mail

This Correspondence is
From an INMATE
At the Sangamon County Jail